**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| UNILOC USA, INC., et al, | § | |
|    *Plaintiffs*, | § | |
| | § | Case No. 2:16-cv-00992-JRG |
| v. | § |    LEAD CASE |
| | § | |
| MOTOROLA MOBILITY LLC | § | |
| | § | |
| SHORETEL, INC., | § | Case No. 2:16-cv-00779-JRG |
|    *Defendants*. | | |

## ORDER

Having considered Plaintiffs' Unopposed Motion to Dismiss with Prejudice (Dkt. No. 127), the Court is of the opinion that the Motion should be and hereby is **GRANTED**. It is therefore **ORDERED** that:

1. Any and all claims by Uniloc USA, Inc. and Uniloc Luxembourg S.A. (collectively, "Uniloc") against ShoreTel, Inc. ("ShoreTel") are **DISMISSED WITH PREJUDICE**.

2. Uniloc and ShoreTel shall each bear their own attorney fees, expenses, and costs.

3. All other relief requested between Uniloc and ShoreTel is hereby **DENIED AS MOOT**.

The Clerk is directed to **CLOSE** member case 2:16-cv-00779.

**So ORDERED and SIGNED this 18th day of April, 2017.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE